STATE OF NEW YORK UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 07CIV.3805   AND FILED ON   5/15/2007

THE GUARDIAN NEWS, INC.,

Vs.

VILLAGE OF CROTON-ON-HUDSON, NEW YORK

Plaintiff(s)/Petitioner(s)

Defendant(s)/Respondent(s)

STATE OF: NEW YORK )
) SS
COUNTY OF WESTCHESTER )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 5/22/2007 at 3:22PM, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT AND ELECTRONIC FILING RULES

Party Served: VILLAGE OF CROTON-ON-HUDSON, NEW YORK

At Location: ONE VAN WYCK
CROTON ON HUDSO NY

(herein called recipient) therein named.

By delivering to and leaving with JANICE KING and that deponent knew the person so served to be the ASSISTANT TO VILLAGE MANAGER of the corporation and authorized to accept service..

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | FM | Color of Skin | WH | Color of Hair | BROWN |
| Age | 50/55 | Height | 5'4" | | |
| Weight | 120 | Other Features | | | |

Sworn to before me on 5/23/2007

*Gail Williams* (signature)

GAIL WILLIAMS
Notary Public, State of New York
No. 4...
Qualified in Westchester County
Commission Expires September 30, 2010

*Gary Williams* (signature)
Gary Williams
Server's License#: