UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

THE GUARDIAN NEWS,

                              Plaintiff,                    **NOTICE**
                                                           **OF APPEARANCE**

        -against-
                                                           Docket No.
VILLAGE OF CROTON-ON-HUDSON,                               07 Civ. 3805 (CLB)

                              Defendant.
------------------------------------------------------------------x


        **PLEASE TAKE NOTICE** that Brian S. Sokoloff, a member of the firm of MIRANDA

SOKOLOFF SAMBURSKY SLONE VERVENIOTIS, LLP, attorneys for defendants, hereby files

this notice solely for the purpose of receiving ECF alerts via email, reserving for defendants the right

to contest jurisdiction or service.

Dated: Mineola, New York
        May 29, 2007

                                        MIRANDA    SOKOLOFF    SAMBURSKY
                                        SLONE VERVENIOTIS, LLP
                                        Attorneys for Defendant


                                        By:_____
                                              BRIAN S. SOKOLOFF (bss-7147)
                                        240 Mineola Boulevard
                                        The Esposito Building
                                        Mineola, New York 11501
                                        (516) 741-7676
                                        Our File No. 07-383

TO:    LOVETT & GOULD, LLP
        222 Bloomingdale Road
        White Plains, New York 10605fa

## AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK    )
                              ) s.s.:
COUNTY OF NASSAU    )

     **MERLISA ANDREWS,** being duly sworn, deposes and says that deponent is not a party to the action, is over 18 years of age and resides in Jamaica, New York.

     That on May 29, 2007, deponent served the within **NOTICE OF APPEARANCE** upon:

> LOVETT & GOULD, LLP
> 222 Bloomingdale Road
> White Plains, New York 10605

the addresses designated by said attorney(s) for that purpose by depositing a true copy of same enclosed in a postpaid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Post Office Department within the State of New York.

                                          **MERLISA ANDREWS**

Sworn to before me this 29th day
Of May, 2007.

_____
NOTARY PUBLIC

**BRIAN S. SOKOLOFF**
Notary Public, State of New York
No.  02SO4914710
Qualified in Queens County
Commission Expires November 23, 2009
