UNITED STATES DISTRICT COURT                                Rev. 9/03
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
GUARDIAN,
                                    Plaintiff,

                                                            **ORDER OF REFERENCE**
                    - against -                             **TO A MAGISTRATE JUDGE**

CROTON,                                                     07 Cv. 3805 (CLB) (GAY)
PELHAM,                                                     07 Cv. 3813 (CLB) (GAY)
U.N. CASTLE                                                 07 Cv. 3811 (CLB) (GAY)

                                    Defendant.
------------------------------------------------------------------X

        The above entitled action is referred to the Hon. George A. Yanthis, United States Magistrate
Judge for the following purpose(s):

___  General Pretrial (includes scheduling,          ___  Consent under 28 U.S.C. §636(c) for all
     discovery, non-dispositive pretrial motions,         purposes (including trial)
     and settlement)

_X_  **Discovery**

___  Specific Non-Dispositive Motion/Dispute:*       ___  Consent under 28 U.S.C.§636(c) for
                                                          limited purpose of _____ ___ ___
     _____
     _____
                                                     ___  Habeas Corpus

___  Settlement*
                                                     ___  Dispositive Motion (i.e., motion
                                                          requiring a Report and Recommendation)

___  Inquest After Default/Damages Hearing
                                                          Particular Motion:_____ ___ ___
                                                          _____ ___ ___ ___

___  All purposes permitted by law
                                                          All such motions: ____

*Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED: White Plains, New York
        September 4, 2007

                                                     _Charles Brieant_____
                                                     United States District Judge